UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

        Plaintiff,        CIV. S-05-2002 DFL PAN PS

    v.

COMMISSIONER OF INTERNAL REVENUE        ORDER
SERVICE,

        Defendant.

-o0o-

On October 4, 2005, plaintiff paid the filing fee and filed a complaint alleging defendant IRS denied her due process in seizing the proceeds of a certificate of deposit plaintiff held jointly with her ex-husband for purposes of child support.

On October 17, 2005, plaintiff filed a return demonstrating service of process upon "Christian A. Speck, General Attorney" at the IRS office in Sacramento.

Service of process upon an agency of the United States

is governed by Fed. R. Civ. P. 4(i)(2)(A), which requires "serving the United States in the manner prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the . . . agency." Fed. R. Civ. P. 4(i)(1) provides in pertinent part:

> (1) Service of process upon the United States shall be effected (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought . . . or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and (B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia . . .

In order to comply with Rule 4(i), plaintiff is directed to send by certified or registered mail a copy of the summons and complaint to each of the following:

Mark W. Everson, Commissioner
Internal Revenue Service
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

McGregor W. Scott
United States Attorney
Eastern District of California
c/o Civil Process Clerk
501 I Street, Suite 10-100
Sacramento, CA 95814-2322

Alberto Gonzalez
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530-0001

Service of process is to be completed within 120 days after the filing of plaintiff's complaint, or by Wednesday,

2

February 1, 2006.  Plaintiff shall file proof of service no later than February 10, 2006.

So ordered.

Dated:  January 23, 2006.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge