UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

        Plaintiff,       CIV. S-05-2002 DFL PAN PS

  v.

COMMISSIONER OF INTERNAL REVENUE       ORDER
SERVICE,

        Defendant.

-o0o-

    Plaintiff has filed proof of service of process upon defendants on January 31, 2006. Defendant may file an answer within 60 days after service upon the United States Attorney, or by March 30, 2006. Fed. R. Civ. P. 12(a)(3)(A) and 6(e).

////

////

////

////

1  Plaintiff's "request for default judgment" filed January
2 18, 2006, is therefore premature and is, accordingly, denied.
3  So ordered.
4  Dated:  February 6, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge