READY TO SIGN AND FILE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

        Plaintiff,                            CIV. S-05-2002 DFL PAN PS

        v.

COMMISSIONER OF INTERNAL REVENUE            ORDER
SERVICE,

        Defendant.

-o0o-

On February 6, 2006, this court denied plaintiff's motion for default judgment as premature, since defendant has until March 30, 2006 to file an answer to plaintiff's complaint. On February 10, 2006, plaintiff filed a "Request for Modification of Judicial Order," wherein plaintiff asserts the court's denial of her request for default judgment gives "unfair advantage" to the defendant. There is no legal basis for granting plaintiff's request. See Fed. R. Civ. P. 55.

/ / / / /

/ / / / /

/ / / / /

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's "Request for Modification
2 | of Judicial Order" filed February 10, 2006, is denied.
3 | DATED:   March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

10
006.sche2002.ord