UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

    Plaintiff,

    v.

COMMISSIONER OF INTERNAL REVENUE SERVICE,

    Defendant.

CIV. S-05-2002 DFL PAN PS

ORDER

-o0o-

On April 26, 2006, plaintiff filed a "Request for Immediate Court Order for Compliance to Subpoena for Records." The request seeks an order of the court compelling the compliance of National City Bank with a January 31, 2006, letter request from plaintiff for records, or, alternatively, this court's "institution of contempt penalties."

Plaintiff's letter to National City Bank is not a subpoena and the court has no authority to enforce plaintiff's demands. Plaintiff is directed to Fed. R. Civ. P. 45 and E. D. Cal. L. R. 45-250 for guidance in issuing and serving a subpoena.

/////

1   Accordingly, plaintiff's April 26, 2006 request is DENIED.

2   DATED:May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006:sche2002.ord2