IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

    Plaintiff,　　　　　　　　　　No. CIV S-05-2002 DFL PAN (GGH) PS

    vs.

COMMISSIONER OF INTERNAL　　　　　<u>ORDER</u>
REVENUE,

    Defendant.

_____/

    The hearing on defendant's motion to dismiss, presently scheduled for May 25, 2006 before Magistrate Judge John F. Moulds, is hereby vacated and rescheduled as set forth below, pursuant to the pending reassignment of this case to the undersigned magistrate judge. Accordingly, defendant's motion to dismiss filed March 29, 2006, is hereby rescheduled for hearing before the undersigned on Thursday, May 25, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 5/19/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

NOW: 06:SCHEAFNOCKER.reschedule.wpd