IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANNE R. SCHEAFNOCKER,

    Plaintiff,                        No. CIV S-05-2002 RRB EFB PS

    vs.

COMMISSIONER OF INTERNAL
REVENUE SERVICE,                     ORDER

    Defendant.
_____/

    This action was transferred to the Western District of Pennsylvania on February 19, 2008, pursuant to 28 U.S.C. §§ 1402(c), 1406. Accordingly, the action in this district was closed on that date. Plaintiff has since filed a request for reconsideration of the transfer order, as well as a request to be granted access to IRS files concerning the seizure of an account allegedly owned by plaintiff and her ex-husband.

    This court is without jurisdiction to either reconsider the transfer or to compel defendant to produce documents. *See Allen v. Bayer Corp.* (*In re: Phenylpropanolamine (PPA) Prods. Liab. Litig.*), 460 F.3d 1217, 1230 (9th Cir. 2006) (transfer is effective when the order of transfer is filed in the office of the clerk of the district court of the transferee district, and when the transfer becomes effective, the jurisdiction of the transferor court ceases and the transferee court has exclusive jurisdiction.). Accordingly, any further requests or motions should be filed with

1

1 the court to which this action was transferred.  Plaintiff is notified that any further filings in this
2 case shall be placed in the file and disregarded.
3     SO ORDERED.
4 DATED: March 13, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE